# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

Bernadette J. Melton,

    **Plaintiff,**

v.                                                                                                                 Case No. 2:21cv195

Kraft Heinz Foods Company, LLC,

    **Defendant.**

## ORDER

The parties herein have reported to the court that this matter is settled. It is, therefore, **ORDERED** that this case be, and it hereby is, **DISMISSED AGREED** with prejudice. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk shall forward copies of this order to all counsel of record.

March 7, 2022                                                                            */s/ Arenda L. Wright Allen*
                                                                                 Arenda L. Wright Allen, U.S. District Judge